UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIT NGUYEN,<br><br>    Petitioner,<br><br>  v.<br><br>TROY LUND, Bureau of Immigration Customs Enforcement, JEH JOHNSON, Secretary of Homeland Security, LORETTA LYNCH, Attorney General,<br><br>    Respondents. | No. CV 15-5782 FMO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 5, 2015

                     /s/
                 FERNANDO M. OLGUIN
                 United States District Judge